IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ROMEL EDMUNDO GARCIA CABRERA,** | § § § | |
| Petitioner, | § § | EP-26-CV-00232-DB |
| v. | § § | |
| **KRISTI NOEM**, *Secretary of the United States Department of Homeland Security, et al.*, | § § § § | |
| Respondents. | | |

## ORDER

On this day, the Court considered the above-captioned case. On January 29, 2026, Petitioner Romel Edmundo Garcia Cabrera filed a "Petition for Writ of Habeas Corpus," ECF No. 1. On January 30, 2026, the Court ordered Respondents not to (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed. ECF No. 3 at 3. On February 2, 2026, Petitioner filed a notice advising the Court that Petitioner had been released. *See* ECF No. 4. However, Petitioner's personal effects, which were seized by Respondents during his arrest, have yet to be returned. *Id.* at 1. These effects include Petitioner's cell phone, wallet, apartment keys, and workplace access cards. *Id.* Petitioner now moves the Court to order the return of his belongings. *Id.* at 6. After due consideration, the Court orders Respondents to return Petitioner's personal effects by the deadline set forth herein.

Accordingly, **IT IS HEREBY ORDERED** that Respondents **SHALL RETURN** all Petitioner's personal effects in Respondents' custody, including but not limited to his cell phone, wallet, apartment keys, and workplace access cards, **no later than February 13, 2026**. Respondents may seek leave of Court for an extension of this deadline but are forewarned an

extension may be granted only on a showing that Respondents have made good-faith and diligent efforts to comply with the instant order.

**IT IS FURTHER ORDERED** the Parties **SHALL FILE** a notice confirming Petitioner's personal effects have been returned and informing the Court whether any matters remain to be resolved <u>**no later than February 17, 2026**</u>.

**SIGNED** this **4th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE