**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ROMEL EDMUNDO GARCIA CABRERA,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00232-DB** |
| **v.** | § | |
| | § | |
| **KRISTI NOEM**, *Secretary of the United States Department of Homeland Security, et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On February 2, 2026, Petitioner filed a "Notice Regarding Respondents' Anticipated Argument for Mootness," ECF No. 4, informing the Court Respondents failed to return several of Petitioner's personal effects upon his release from immigration custody. These items included Petitioner's cell phone, apartment keys, wallet, and cards to access his workplace and bank account. *Id.* at 1. As a result, the Court ordered Respondents to return all Petitioner's personal effects in their custody. *See* ECF No. 5. However, Respondents were unable to locate Petitioner's claimed items. *See* ECF Nos. 5,7.

On March 6, 2026, Petitioner filed a "Notice of Violation of Order and Motion to Enforce" ("Motion"), ECF No. 9, asking the Court to, once again, order the return of Petitioner's personal property and hold Respondents in contempt until they effect the return of said property. Before the Court considers the merits of Petitioner's Motion, a status update is required.

Accordingly, **IT IS HEREBY ORDERED** Petitioner **SHALL FILE** a status update **within five (5) days of this Order**, advising the Court as to whether Petitioner's property remains missing.

SIGNED this 16th day of October, 2026.

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**